## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Franklin, Wilhelmina

Printed:  5/13/08

Case Number:  07 B 20270

Judge:  Squires, John H

Filed:  10/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  April 2, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Fingerhut | Unsecured | 29.72 | 0.00 |
| 4. | Triad Financial Services | Unsecured | 689.73 | 0.00 |
| 5. | Midnight Velvet | Unsecured | 38.20 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 89.47 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 36.87 | 0.00 |
| 8. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 9. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 10. | Pinnacle Credit Services | Unsecured |  | No Claim Filed |
| 11. | Sallie Mae | Unsecured |  | No Claim Filed |
| 12. | Chase | Unsecured |  | No Claim Filed |
|  |  |  | $ 883.99 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Franklin, Wilhelmina

Printed:  5/13/08

Case Number:  07 B 20270

Judge:  Squires, John H

Filed:  10/31/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: